447 F.2d 1304
 3 ERC 1065, 1 Envtl. L. Rep. 20,435
 BASS ANGLERS SPORTSMAN SOCIETY OF AMERICA, INC., Plaintiff-Appellant,
v.
KOPPERS COMPANY, Inc., Defendant-Appellee.
 No. 71-1622 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 Sept. 10, 1971.
 
 Levin & Dees, Joseph J. Levin, Jr., Montgomery, Ala., for plaintiff-appellant.
 John H. Morrow, Macbeth Wagnon, Jr., Birmingham, Ala., for Avondale Mills.
 J. M. Williams, Jr., Montgomery, Ala., Tom Radney, Alexander City, Ala., for Russell Mills.
 Ira DeMent, U.S. Atty., Montgomery, Ala., Samford, Torbert, Denson & Horsley, W. F. Horsley, Opelika, Ala., for West Point Pepp.
 Shiro Kashiwa, Asst. Atty. Gen., Edmund B. Clark, Atty., Dept. of Justice, Washington, D.C., amici curiae.
 Appeal from Middle District of Alabama at Montgomery; Frank M. johnson, judge.
 Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 Upon the joint opinion of the three District Judges, reported at 324 F.Supp. 412, sub nom., Bass Anglers Sportsman Society of America, Inc. v. United States Steel Corporation, etc., et al., the judgment (or judgments) dismissing the action (or actions) in this case will be
 
 
 2
 Affirmed.
 
 
 3
 ---------------
 
 
 
 * Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 cir., 1970, 431 F.2d 409, Part I.